IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | |
|---|---|
| **JUAN LUIS HERNANDEZ VAZQUEZ, SANDRA MILAGROS RIVERA MARTINEZ** | CASE NUMBER: **22-01106-MCF** |
| DEBTOR(S) | (Chapter 7) |

## NOTICE OF ABANDONMENT OF PROPERTY
## AND REQUEST FOR CLERK TO NOTICE

TO: THE UNITED STATES TRUSTEE, DEBTOR(s) AND PARTIES IN INTEREST:

Notice pursuant to 11 U.S.C. Section 554(a) is given of the abandonment of the following property:

| Asset No | Description | Scheduled Value | Exemptions | Mortgage/Lien | Abandoned Value |
|---|---|---|---|---|---|
| 1 | URB EL ROCIO E-5 HIEDRA STREET CAYEY PR 00736 | $165,000.00 | $0.00 | $321.439.00 | $0.00 |
| 3 | Make: Hyundai Model: Elantra Year: 2018 Mileage: 44739 Other Information: VIN NO KMHD84LF5JU451187 | $14,909.00 | $2,100.00 | $12,809.00 | $0.00 |

Documents Included If Necessary:  Appraisal ( )   Creditors Statement ( )  Proof of Lien( )

Enter zero (0) if estimated expenses and/or amount secured exceed actual or estimated value.

Reasons for abandonment:

    (1)    In considering that abandonment of property of the Estate is governed by section 554, the undersigned Trustee has determined, after a proper inquiry, that the above listed property is not proper for administration, and/or is burdensome to this Estate or of inconsequential value to the Estate.

    (2)    Under 11 USC § 554(c), any property that is scheduled but not otherwise administered at the time of the closing of a case is abandoned to the debtor; however, property of the Estate that is not scheduled in the case, and therefore not abandoned, shall remain property of the Estate.

(3) Scheduled property that is not administered before the case is closed is deemed abandoned upon entry of the order closing the estate, absent an order to the contrary. 11 USC § 554(c).

(4) The possession of the property exposes the Estate to a risk of liability which cannot be insured against, and which outweighs its economic value to the Estate.

(5) Documentation in support and justification of this decision to abandon estate property, is kept in the estate file. 28. U.S.C. § 586.

I HEREBY CERTIFY THAT: The foregoing has been electronically filed with the Clerk of the Court using the CM/ECF System which will send notification of said filing to parties appearing on said system including the U.S. Trustee Office and a true copy to be mailed by the Clerk of the Court to Debtor and Debtor's Attorney and to All Creditors and parties in interest as per the Master Address List on file at the Clerk's Office.

**Objections to abandonment must be filed in writing with the court and served within fourteen (14) days of the mailing of this notice.**

DATED: June 17, 2022

/s/ Noreen Wiscovitch-Rentas
Noreen Wiscovitch-Rentas, Esq.
Chapter 7 Trustee
PMB 136
400 Calle Juan Calaf
San Juan, PR 00918
Tele: (787) 946-0132