## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

JUAN LUIS HERNANDEZ VAZQUEZ
SANDRA MILAGROS RIVERA MARTINEZ

Debtors

Planet Home Lending, LLC, as servicer for Luna
Residential II, LLC.

Movant

JUAN LUIS HERNANDEZ VAZQUEZ
SANDRA MILAGROS RIVERA MARTINEZ
and Chapter 7 Trustee,
NOREEN WISCOVITCH RENTAS

Respondents

CASE NO. 22-01106 MCF

CHAPTER 7

11 USC 362 d (1)

Relief from stay for cause

## MOTION FOR RELIEF FROM STAY

TO THE HONORABLE COURT:

Comes now, Planet Home Lending, LLC, as servicer for Luna Residential II, LLC.,
secured creditor, represented by the undersigned attorney who respectfully prays and states as
follows:

1.      Jurisdiction over subject matter is predicated on section, 1334 and 157(b) 2(G),
28 USC.

2.      The cause of action is based on section 362 d (1), 11 USC.

3.      In this case, an Order for Relief was entered on April 22, 2022.

4.      That Noreen Wiscovitch Rentas, Esq., is the duly appointed Chapter 7 Trustee
and the representative of the estate, and as such is an indispensable party.

4.      Movant is the holder in due course of a Mortgage Note, hereinafter the (Note), for
$290,182.85, bearing interest of 4.00%, due on July 1, 2051.  Exhibit A-1.

5.      Since the filing date, debtors' account has accumulated **Post-Petition** arrears as
described in Exhibit (A) of this motion, Verified Statement in compliance with LBR 4001-1(d)(3)
**and any other arrears that continue to accrue up to the date all post petition arrears are paid.**

6.    Movant argues that considering what is hereinabove stated, cause exists for granting relief from the stay pursuant to section 362 d (1), supra, since debtors have failed to make post-petition payments accordingly.

Included as Exhibit (B), is Movant's Verified Statement regarding the information required by the Service Member Civil Relief Act of 2003 and a Department of Defense Manpower Data Center Military Status Report.

7.    Said default deprives Movant to have its security interest adequately protected as provided under the Bankruptcy Code.

8.    Movant hereby requests that an order lifting the automatic stay be entered in its favor and that such order constitutes an authorization for the trustee to conclude disbursements regarding Movant's claim.

WHEREFORE, Movant prays for an Order granting the Relief from Stay as requested.

## NOTICE TO CREDITORS AND PARTIES IN INTEREST
## RESPONSE TIME REQUIRED BY LOCAL BANKRUPTCY RULE 9013-1(2)(A)

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Federal Rule of Bankruptcy Procedure 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be grant-d unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on this date copy of this motion has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to debtor's attorney and to Noreen Wiscovitch Rentas, Esq., US Chapter 7 Trustee, and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participant: to debtors at their address of record in this case.

In San Juan, Puerto Rico, on the 4th day of October 2022.

**CARDONA JIMENEZ LAW OFFICES, PSC**
**Attorney for Planet Home Lending**
 PO Box 9023593
San Juan, PR  00902-3593
Tels: (787) 724-1303, Fax No. (787) 724-1369
E-mail:  jf@cardonalaw.com


*s/José F. Cardona Jiménez*, USDC PR 124504
jf@cardonalaw.com

# Request for Legal Action

**TO: Cardona - Jimenez Law Office**

Loan Number: 8818

Debtor: JUAN LUIS HERNANDEZ

Debtor: SANDRA MILAGROS RIVERA MARTINEZ

---

BKR #:  22-01106          Date Filed:  04/22/22

Total Payments Due:    51          Pre-Petition:  0          Post-Petition:  0

---

**Post-Petition Arrears:**

| | | | |
|---|---|---|---|
| 2 | Months @ | 962.84 | 1,925.68 |
| 12 | Months @ | 1,022.01 | 12,264.12 |
| 37 | Months @ | 981.32 | 36,308.84 |
| 0 | Late Charges @ | 0.00 | 0.00 |
| | **SUBTOTAL** | | $50,498.64 |
| | Attorney Fees | | 1,050.00 |
| | Inspections | | 0.00 |
| | Filing Fees | | 188.00 |
| | Other Charges | | 4,060.64 |
| | **TOTAL** | | $55,797.28 |

**NOTE:**
All reinstallment payments must be made up to the current month, including legal fees and late charges.

**DUE DATE:** 02/01/18          **PRINCIPAL BALANCE** $283,516.61

**Loan Number:**     8818                                          **Borrower Name:**  HERNANDEZ-VAZQUEZ,JUAN

```
DLQ1      8818      ____  Q7   D E L I N Q U E N C Y   OWNR MTQ 04/22/22  20:10:22
13   CONV. RES.           PER/CLS/OFF  M/13/97 AGE:   7Y  8M IR:  4.00000 INV: 118
DUE ( 51)   50,498.64  DUE 02/01/18(    )(10/04)  ASSUM:              ACQ:10/01/21
LATE CHRG    2,803.20  PAYMT      @      962.84 P: E-5 EL ROCIO
BAD CK FEES      .00   L/C AMT           46.30   CAYEY PR 00736
OTHER FEES       .00   PAYMT + LC    1,009.14 M:
TOT DUE     53,424.84* PRIN BAL    283,516.61   UR EL ROCIO
SUSPENSE         .00   P&I              925.92   69 CALLE HIEDRA
NET DUE     53,424.84  DLQ  0 TIME,PAY  0 DAY    CAYEY PR 00736
C/S 585     JUAN L HERNANDEZ-VAZQU      CA CELL AUTHORZD   787-263-5208
C/D 07/21   SANDRA M RIVERA-MARTIN      CA CELL AUTHORZD   787-354-5055


 -IMD:N-------------------- * ADDITIONAL MESSAGES * ----------------WU: _ ----
-=SPOC=-
COMBINED 2ND MTG: ORIG AMT = 78637, INT RATE = 0.000%, PRIN BAL = 78637.19
----~DUE--------------------CHG DATE-------REG PMT----NUM--------TOT REG PMT-
REG PMTS    50,498.64                     962.84      2          1,925.68
LC BAL       2,803.20     04/01/18      1,022.01     12         12,264.12
NSF BAL          .00      04/01/19        981.32     37         36,308.84
OTHER FEES       .00
INTEREST DUE     .00
ESCROW ADV   1,257.44
TOT DUE     54,559.28 *
PRIN BAL   204,879.42
```

## MSP® Explorer: Payoff Calculation Totals (PAY4/PG1)

### 571 -\  PLANET HOME LENDING

**Borrower Name:** HERNANDEZ-VAZQUEZ,JUAN

```
PAY4    .8818    AS-OF 04/25/22  PAYOFF CALCULATION TOTALS 04/22/22  20:10:11
NAME JL HERNANDE CONTACT NAME PLANET HOME LENDING
-------------------------------------------------------------------------------
PRINCIPAL BALANCE       283,516.61    ---- 1ST MORTGAGE RATE CHANGES ----
INTEREST 04/25/22        35,368.29    INT FROM     RATE        AMOUNT
PRO RATA MIP/PMI               .00    01/01/18   4.00000     35,368.29
ESCROW ADVANCE            1,257.44    04/25/22
ESCROW BALANCE                 .00
SUSPENSE BALANCE               .00
HUD BALANCE                    .00
REPLACEMENT RESERVE            .00
RESTRICTED ESCROW              .00
TOTAL-FEES               4,090.31  W 2
ACCUM LATE CHARGES       2,803.20
ACCUM NSF CHARGES              .00
OTHER FEES DUE                 .00
PENALTY INTEREST               .00
FLAT/OTHER PENALTY FEE         .00    TOTAL 1ST MTG INTEREST   35,368.29
CR LIFE/ORIG FEE RBATE         .00    TOTAL TO PAYOFF         327,158.85
RECOVERABLE BALANCE         123.00    NUMBER OF COPIES: 1 PRESS PF1 TO FAX
                                      TOTAL PAGE 2                   .00

-------------------------------------------------------------------------------
```

**T'S ESTUDIOS LEGALES LLC**

ESTUDIO DE TITULO

TEL. (787) 946-4570
(787) 946-4580
FAX. (787) 963-0372
tsestudioslegales@gmail.com

Este documento NO es una póliza de seguro de título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este estudio de título, esta limitada a la cantidad pagada por el mismo. Si este documento es utilizado por alguien por alguien que no sea el solicitante lo hará bajo su propio riesgo y responsabilidad. Para completa protección debe requerir una póliza de seguro de título. No nos hacemos responsables por omisiones por cometa el registro de la propiedad en la entrada de datos, ni en la omisión de información suministrada por ellos tanto de sus libros como del sistema computarizado, ni por la falta de información dado al deterioro de sus libros

**WENDELL W. COLON LA W OFFICE**   colonlawoffice@yahoo.com

**CASO: JUAN HERNANDEZ VAZQUEZ      (SUBASTA)**

**FINCA: 21,434, inscrito al folio 161 del tomo 536 de Cayey,**
              **Registro de la Propiedad de Caguas, Sección I.**

**DESCRIPCION**

**URBANA:** Solar marcado con el número 5 del bloque E, en el plano de inscripción de la Urbanización El Rocío del término municipal de Cayey. Tiene un área superficial de 378.00 metros cuadrados. Sus colindancias son las siguientes: por el NORTE, con una alineación de 27.00 metros lineales, con el solar número 6 del bloque E; por el SUR, con una alineación de 27.00 metros lineales, con el solar número 4 del bloque E; por el ESTE, con una alineación de 14.00 metros lineales, con el solar número 6 del bloque D; y por el OESTE, en una alineación de 14.00 metros lineales, con la calle número 4. Enclava casa.

**TRACTO REGISTAL:**

Se segrega de la finca número 20411, inscrito al folio 72 del tomo 494 de Cayey.

**DOMINIO:**

Consta inscrita a de **JUAN LUIS HERNANDEZ VAZQUEZ** y su esposa **SANDRA MILAGROS RIVERA MARTINEZ**, quienes adquieren por compra a Ciudad Centro Inc., por el precio de $120,680.00, según consta de la escritura número 42 otorgada en San Juan, el 15 de marzo de 2001, ante el notario María Isabel Valle Galarza, inscrito al folio 161 del tomo 536 de Cayey, finca 21434, inscripción 1ra.

**GRAVAMENES:**

Afecta por su procedencia:

1. Servidumbre a favor de la Central Cayey.
2. Condiciones Restrictivas de Transito.
3. Condiciones Restrictivas de Edificación y Uso
4. Servidumbre a favor de la Puerto Rico Telephone Company
5. Servidumbre a favor de la Autoridad de Acueductos y Alcantarillados

Afecta por sí:

**1. HIPOTECA:** En garantía de un pagare a favor de Firstbank Puerto Rico, o a su orden, por la suma de $168,000.00, intereses al 7 5/8% anual y vencedero el 1 de julio de 2019, según consta de la escritura número 469, otorgada en San Juan, el 8 de junio de 2004, ante el notario José R. Fournier Torres, inscrito al folio 34 del tomo 548 de Cayey, finca 21434, inscripción 4ta.

**2. MODIFICACION Y AMPLIACION DE HIPOTECA**: Se amplía la hipoteca por la suma de $168,000.00 a la suma de $282,908.10, por lo que se aumentó la suma de $104,908.10, intereses comenzando al 4% y terminando al 7.625% anual y vencedero el 1 de julio de 2051, según consta de la escritura número 290, otorgada en San Juan, el 18 de julio de 2011, ante el notario Teresa Jiménez Meléndez, inscrito al folio 34 del tomo 548 de Cayey, finca 21434, inscripción 6ta.

**3. MODIFICACION Y AMPLIACION DE HIPOTECA:** Por la escritura número 212, otorgada en San Juan, el 21 de agosto de 2014, ante el notario Antonio R. Escriba Oliver, se amplia la hipoteca de la inscripción 4ta, nuevamente, por una suma de $7,274.75, para un nuevo principal por $290,182.85, con intereses al 4.00% anual a vencer el 1 de julio del 2051, con un ultimo pago de $76,006.016, inscrita al sistema karibe finca 21434 de Cayey, inscripción 7ma.

TS ESTUDIOS LEGALES LLC

ESTUDIO DE TITULO

TEL. (787) 946-4570
(787) 946-4580
FAX. (787) 963-0372
tsestudioslegales@gmail.com

WENDELL W. COLON LA W OFFICE    colonlawoffice@yahoo.com

**CASO: JUAN HERNANDEZ VAZQUEZ        (SUBASTA)**

**FINCA: 21,434, inscrito al folio 161 del tomo 536 de Cayey,**
        **Registro de la Propiedad de Caguas, Seccion I.**

**SEGUNDA PAGINA:**

**4. DEMANDA:** Tribunal de Primera Instancia sala de caguas caso civil numero CG2019cv04813 del 31 de diciembre del 2019 por Firstbank Puerto Rico contra Juan Luis Hernandez Vazquez y Sandra Milagros Rivera Martinez, se reclama el pago por la suma de $283,516.61 mas intereses, costas, gastos y honorarios de abogados, anotada el 10 de agosto del 2020 al sistema karibe finca 21434 de Cayey, anotación "A".

**Nota: Se hace constar que las anotaciones de los Embargos y/o Sentencias en el Sistema Karibe no siempre son localizados, por lo tanto no nos hacemos responsables de errores u omisiones de los mismos.**

**REVISADOS: Libros de Sentencias, Embargos Federales, Estatales, Bitacora, y Karibe, por computadora y agora, hoy  18 de abril del 2022.**

**TS ESTUDIOS LEGALES LLC.**
rg/ap(rg)

Este documento NO es una póliza de seguro de título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este estudio de título, esta limitada a la cantidad pagada por el mismo. Si este documento es utilizado por alguien que no sea el solicitante lo hará bajo su propio riesgo y responsabilidad. Para completa protección debe requerir una póliza de seguro de título. No nos hacemos responsables por omisiones por conozca el registro de la propiedad ni por la entrada de datos, ni en la omisión de información suministrada por ellos tanto de sus libros como del sistema computarizado, ni por la falta de información dado al deterioro dado al deterioro de sus libros.

# —NOTE—
## —PAGARE—

1-71267

US $ 168,000.00

San Juan --, Puerto Rico

June 8th,----- 2004

---FOR VALUE RECEIVED, the undersigned ("Borrower") promise(s) to pay FIRSTBANK PUERTO RICO,
---POR VALOR RECIBIDO, el (los) suscribiente(s) ("Deudor") promete(n) pagar a FIRSTBANK PUERTO RICO,

or order the principal sum of  ONE HUNDRED SIXTY EIGHT THOUSAND ---------------------------------
o a su orden, la suma principal de -----------------------------------------------------------------

-----------------------------------------------------------------------------------------------------

----------------------------------------------------- DOLLARS, with interest on the unpaid
----------------------------------------------------- DOLARES, con intereses sobre el balance

principal balance from the date of this Note, until paid at the rate of  seven and five eighths, --------------
insoluto de principal desde la fecha de este Pagaré hasta su pago a razón de

percent per annum. Principal and interest shall be payable at San Juan, Puerto Rico or such other place as
por ciento anual. El principal e intereses serán pagaderos en San Juan, Puerto Rico o en cualquier otro lugar que

the Note holder may designate in writing, in consecutive monthly installments of  ONE THOUSAND ONE HUNDRED EIGHTY
el tenedor de este Pagaré indique por escrito, en plazos mensuales y consecutivos de

NINE DOLLARS AND NINE CENTS ----------------------------------------------------------------------

Dollars (US$ 1,189.09 ----), on the first day of each month beginning the first of  August ------ 2004 until the
Dólares (US$ -------------------), en el primer día de cada mes comenzando el primero de ----------- de 200  hasta que

entire indebtedness evidenced hereby is fully paid, except that any remaining indebtedness, if not sooner paid, shall be due and payable
se pague totalmente la deuda evidenciada por el presente, excepto que la deuda restante, si no antes pagada, quedará vencida y pagadera

on the first day of  July, 2019.--------------
en el día primero de  --------------------------

---If any monthly installment under this Note is not paid when due and remains unpaid after a date specified by a notice to Borrower,
---Si cualquier plazo mensual bajo este Pagaré no es pagado cuando venza y permanece impagado luego de la fecha especificada en la notificación al Deudor,

the entire principal amount outstanding and accrued interest thereon shall at once become due and payable at the option of the
la suma total de principal pendiente de pago e intereses acumulados sobre la misma quedarán inmediatamente vencidos y pagaderos a opción del

Note holder. The date specified shall not be less than thirty days from the date such notice is mailed. The Note holder
tenedor de este Pagaré. La fecha especificada no será anterior a treinta días a partir de la fecha de envío por correo de dicha notificación. El tenedor de este Pagaré

may exercise this option to accelerate during any default by Borrower regardless of any prior forbearance. If suit is brought
podrá ejercitar esta opción de aceleración durante cualquier incumplimiento del Deudor, no empece cualquier indulgencia anterior. De radicarse

to collect this Note, the Note holder shall be entitled to collect in such proceeding the agreed and liquidated amount of  ten
procedimiento judicial para el cobro de este Pagaré, el tenedor de este Pagaré tendrá derecho a cobrar en dicho procedimiento la suma pactada y líquida de diez

percent of the original principal amount hereof to cover costs and expenses of suit, including but not limited to, attorney's fees.
porciento de la suma original de principal del presente para cubrir las costas y gastos de dicho procedimiento, incluyendo sin implicar limitación, honorarios de abogado.

---Borrower shall pay to the Note holder a late charge of  Five  percent of any monthly installment not received by the Note
---El Deudor pagará al tenedor de este Pagaré un cargo por pago atrasado de  Cinco  porciento de cualquier plazo mensual que no sea recibido por el tenedor de este

holder within  fifteen  days after the installment is due. Borrower may prepay the principal amount outstanding in whole or in part
Pagaré dentro de  quince  días después de la fecha de vencimiento de dicho plazo. El Deudor podrá pagar por anticipado la totalidad o parte del balance insoluto de

The Note Holder may require that any partial prepayments (i) be made on the date monthly installments are due and (ii) be in
principal. El tenedor de este pagaré podrá requerir que cualesquiera pagos parciales (i) sean hechos en la fecha en que vencen plazos mensuales y (ii) sean en la

the amount of that part of one or more monthly installments which would be applicable to principal. Any partial prepayment shall
la cuantía de aquella parte de uno o más plazos mensuales que sería aplicable a principal. Cualquier pago parcial por

be applied against the principal amount outstanding and shall not postpone the due date of any subsequent monthly installment or
anticipado será aplicado contra el principal insoluto y no pospondrá la fecha de vencimiento de cualquier plazo mensual subsiguiente

Change the amount of such installments, unless the Note holder shall otherwise agree in writing.
Ni cambiará el monto de dichos plazos a menos que el tenedor de este pagaré acuerde lo contrario por escrito.

---If, within five years from the date of this Note, the undersigned makes any prepayments in any twelve month period beginning with
---Si, dentro de cinco años desde la fecha de este Pagaré, los suscribientes hacen cualquier pago anticipado en cualquier periodo de doce meses comenzando con

the date of this Note or anniversary dates thereof ("loan year") with money lent to the undersigned by a lender other than the holder

*la fecha de este pagaré ó la de sus aniversarios (año del préstamo") con dineros prestados a los suscribientes por un prestador que no sea el tenedor*

hereof, the undersigned shall pay the holder hereof (a) during the first year of the loan, THREE percent of the amount by which the

*del presente, los suscribientes pagarán al tenedor del presente (a) durante el primer año del préstamo tres por ciento de la cuenta por*

sum of prepayments made in any such loan year exceeds twenty percent of the original principal amount of this note and (b) during

*la cual el total de los pagos anticipados hechos en cualquier año exceda el veinte porciento de la cantidad original del principal de este pagaré y (b) durante*

the second and third loan years, TWO percent of the amount by which the sum of prepayments made in any such loan year exceeds

*el segundo y tercer año del préstamo dos por ciento de la cuenta por la cual el total de los pagos anticipados hechos en ese tiempo exceda*

twenty percent of the original principal amount of this NOTE, (c) during the fourth and fifth loan year, ONE percent of

*el veinte porciento de la cantidad original del principal de este pagaré, (c) durante el cuarto y quinto año del préstamo un por ciento*

the amount by which the sum of prepayment made in any such loan year exceeds twenty percent of the original principal amount

*de la cuenta por la cual el total de los pagos anticipados excedan el veinte porciento de la cantidad original*

of this Note.

*del principal de este pagaré.*

—Presentment, notice of dishonor, and protest are hereby waived by all makers, sureties, guarantors and endorsers hereof.

*Por la presente se renuncian los derechos de presentación, aviso de rechazo, y protesto por todos los otorgantes, fiadores, garantizadores y endosantes del presente.*

This Note shall be the joint and several obligation of all makers, sureties, guarantors and endorsers, and shall be binding upon them

*Este Pagaré constituye obligación solidaria de todos los otorgantes, fiadores, garantizadores y endosantes y les obliga, así como a sus*

and their heirs, personal representatives, successors and assigns

*herederos, representantes personales, sucesores y cesionarios.*

—Any notice to Borrower provided for in this Note shall be given by mailing such notice by certified mail addressed to Borrower at

*Cualquier notificación al Deudor dispuesta en este Pagaré deberá ser enviada por correo certificado dirigida al Deudor a*

the Property Address stated below, or to such other address as Borrower may designate by notice to the Note holder. Any notice

*la Dirección de la Propiedad que abajo se indica, o a cualquier otra dirección que el Deudor designe mediante notificación al tenedor de este Pagaré. Cualquier*

to the Note holder shall be given by mailing such notice by certified mail return receipt requested, to the Note holder at the address

*notificación al tenedor de este Pagaré deberá ser enviada por correo certificado, con acuse de recibo, al tenedor de este Pagaré a la dirección*

stated in the first paragraph of this Note, or at such other address as may have been designated by notice to Borrower

*indicada en el primer párrafo de este Pagaré, o a cualquier otra dirección que se haya designado mediante notificación al Deudor.*

The indebtedness evidenced by this Note is secured by a Mortgage, dated of even date herewith, on property as indicated in

*La deuda evidenciada por este pagaré está garantizada por una Hipoteca, de fecha igual a la del presente sobre propiedad según expresa en*

Deed number - - 469 - - before the subscribing Notary.

*la Escritura número - - - - - - ante el Notario suscribiente.*

—This note has a FIFTEEN - - - - - - - ( -15- ) year payment plan with a THIRTY - - - - - - ( -30- ) year amortization, thus principal and interest will be covered in ONE HUNDRED SEVENTY NINE ( 179 ) consecutive monthly payments of $ 1,189.09 - - - - - - - - each, and a final Balloon Payments, number ONE HUNDRED EIGHTY ( 180 ), in the amount of $ 128,484.53 - - - - - - - - due on JULY - - - - - - 1st, 20 19 .

EL ROCIO DEVELOPMENT E-5
CAYEY, PUERTO RICO 00736

Property Address (Dirección de la Propiedad)

Pay to the order of:
Without Recourse
FirstBank Puerto Rico
By: Gabriel Rodriguez, Manager

JUAN LUIS HERNANDEZ VAZQUEZ

SANDRA MILAGROS RIVERA MARTINEZ

(Execute Original Only)
*(Otórguese el original únicamente)*

**Affidavit Number:** 19,111

Acknowledged and subscribed before me by the above signatory (ies), of the personal circumstances mentioned in the above-mentioned Deed, (who was (were) identified in compliance to the Notarial Law of Puerto Rico, in the same place and date of the deed above mentioned.

*VEASE ALLONGE SUSCRITO BAJO TESTIMONIO NUMERO 10,168 ANTE EL NOTARIO PUBLICO ANTONIO R. ESCRIBA OLIVER DE FECHA 21 de agosto de 2014.*

NOTARY PUBLIC
*NOTARIO PUBLICO*

ANEJO A PAGARE POR LA SUMA PRINCIPAL DE $168,000.00, VENCEDERO INICIALMENTE EL 1ERO DE JULIO DEL 2019, FECHADO 8 DE JUNIO DE 2009, A LA ORDEN DE FIRSTBANK PUERTO RICO, EL PAGO DEL CUAL QUEDO GARANTIZADO MEDIANTE HIPOTECA CONSTITUIDA MEDIANTE LA ESCRITURA NUMERO 469, OTORGADA EL 8 DE JUNIO DE 2009 ANTE EL NOTARIO JOSE R. FOURNIER TORRES.

## ENDOSO

(1) Los que suscriben, **JUAN LUIS HERNANDEZ VAZQUEZ** y **SANDRA MILAGROS RIVERA MARTINEZ** (los "Deudores"), libradores y obligados por y bajo la obligación evidenciada por el pagaré antes descrito (en adelante el "Pagaré");

a) Amplían el principal de la obligación evidenciada por el Pagaré al 18 de julio del 2011 a la suma de **DOSCIENTOS OCHENTA Y DOS MIL NOVECIENTOS OCHO DOLARES CON DIEZ CENTAVOS ($282,908.10)** por cuya suma se confirman y ratifican en ciertos, líquidos y legítimos deudores de FirstBank Puerto Rico, ente bancario al que reconocen como el legítimo dueño y tenedor del Pagaré.

b) Modifican la tasa de interés dispuesta en el Pagaré y estipulan que la suma de **DOSCIENTOS DIECISIETE MIL CIENTO UN DOLARES CON DIECISEIS CENTAVOS ($217,101.16)** devengará intereses como sigue:

(i) Desde el 18 de julio del 2011 hasta e incluyendo el 1ero de julio del 2012, a razón de la tasa fija de cuatro por ciento (4.00%) anual;

(ii) Desde el 1ero de agosto del 2012 hasta e incluyendo el 1ero de julio del 2013, a razón de la tasa fija de cinco por ciento (5.00%) anual;

(iii) Desde el 1ero de agosto del 2013 hasta e incluyendo el 1ero de julio del 2014, a razón de la tasa fija de seis por ciento (6.00%) anual;

(iv) Desde el 1ero de agosto del 2014, hasta e incluyendo el 1ero de julio del 2051, a razón de la tasa fija de siete punto seis dos cinco por ciento (7.625%) anual.

c) Se obligan a satisfacer el balance insoluto del principal de la suma de **DOSCIENTOS DIECISIETE MIL CIENTO UN DOLARES CON DIECISEIS CENTAVOS ($217,101.16)** y sus intereses al tipo que aquí se dispone, como sigue:

(i) en doce (12) plazos consecutivos de **NOVECIENTOS SIETE DOLARES CON TREINTA Y CINCO CENTAVOS ($907.35)** cada uno, comenzando el 1ero de agosto del 2011 hasta el 1ero de julio del 2012.

(ii) en doce (12) plazos consecutivos de **MIL CUARENTA Y CUATRO DOLARES CON CUARENTA Y TRES CENTAVOS ($1,044.43)** cada uno, comenzando el 1ero de agosto del 2012 hasta el 1ero de julio del 2013.

(iii) en doce (12) plazos consecutivos de **MIL CIENTO OCHENTA Y SIETE DOLARES CON VEINTICINCO CENTAVOS ($1,187.25)** cada uno, comenzando el 1ero de agosto del 2013 hasta el 1ero de julio del 2014.

(iv) El balance insoluto será satisfecho en cuatrocientos cuarenta y cuatro (444) plazos consecutivos de **MIL CUATROCIENTOS VEINTINUEVE DOLARES CON NOVENTA Y UN**



- 2 -

CENTAVOS ($1,429.91) cada uno, comenzando el 1ero de agosto del 2014, y así sucesivamente, hasta que se pague totalmente la deuda evidenciada por el presente, excepto que la deuda restante, si antes pagada, quedará vencida y pagadera el día 1ero de julio del 2051.

La suma de **SESENTA Y CINCO MIL OCHOCIENTOS SEIS DOLARES CON NOVENTA Y CUATRO CENTAVOS ($65,806.94)** por concepto de intereses y recargos acumulados durante los últimos cuarenta y cinco (45) meses será satisfecha en la fecha de vencimiento del Pagaré, o sea, el primero (1ero) de julio del dos mil cincuenta y uno (2051).

(2) Los Deudores confirman y ratifican todos los demás términos y condiciones del Pagaré que no han sido expresamente enmendados y modificados mediante el presente Endoso.

(3) FirstBank Puerto Rico, dueño y tenedor del Pagaré, consiente a la ampliación, enmiendas y modificaciones efectuadas mediante el presente endoso.

En San Juan, Puerto Rico, a 18 de julio del 2011.

FIRSTBANK PUERTO RICO

Por: _____          _____
Laura Dávila                            Juan Luis Hernández Vázquez
Oficial Autorizado

_____
Sandra Milagros Rivera Martínez

Afidávit Número: __18,226__

Reconocido y suscrito ante mí en San Juan, Puerto Rico, hoy día 18 de julio del 2011, por Juan Luis Hernández Vázquez y Sandra Milagros Rivera Martínez, mayores de edad, casados entre sí, propietarios y vecinos de Cayey, Puerto Rico, y por Laura Dávila, en su expresada capacidad y representación, quien es mayor de edad, casada, ejecutiva y vecina de Aguas Buenas, Puerto Rico, a quienes doy fe de conocer personalmente.

_____
NOTARIO PÚBLICO

La Notario que suscribe CERTIFICA que por escritura número 290 otorgada ante ella en esta misma fecha, se modificó a tenor con el anterior Endoso la hipoteca que garantiza el pago del Pagaré modificado.

En San Juan, Puerto Rico, a 18 de julio del 2011.

_____
NOTARIO PÚBLICO

Pay to the order of:
Without Recourse
FirstBank Puerto Rico
By: Gabriel Rodríguez, Manager



## SEGUNDO ALLONGE

Para ser adherido al pagaré por un principal de CIENTO SESENTA Y OCHO MIL DOLARES ($168,000.00), a favor de FIRSTBANK PUERTO RICO, o a su orden, (en adelante "el Pagaré"), y que está garantizado con primera hipoteca mediante Escritura Número Cuatrocientos Sesenta y Nueve (469) de fecha ocho (8) de junio de dos mil cuatro (2004), otorgada en la ciudad de San Juan, Puerto Rico, ante el Notario José R. Fournier Torres. Posteriormente modificada mediante la Escritura Número Doscientos Noventa (290), de fecha dieciocho (18) de julio de dos mil once (2011), ante la Notario Teresa Jiménez Meléndez, ampliando el principal para un nuevo total de DOSCIENTOS OCHENTA Y DOS MIL NOVECIENTOS OCHO DOLARES CON DIEZ CENTAVOS ($282,908.10).

Por Escritura Número---212---de fecha veintiuno (21) de agosto de dos mil catorce (2014), ante el(la) Notario Público ANTONIO R. ESCRIBA OLIVER ----- se amplió y se modificó el Pagaré y la hipoteca que lo garantiza a los siguientes efectos:

**(A)** El principal del Pagaré es aumentado por la suma de **SIETE MIL DOSCIENTOS SETENTA Y CUATRO DOLARES CON SETENTA Y CINCO CENTAVOS ($7,274.75)** para un total de **DOSCIENTOS NOVENTA MIL CIENTO OCHENTA Y DOS DOLARES CON OCHENTA Y CINCO CENTAVOS ($290,182.85)**.

**(B)** Se Modifica la tasa de interés y los pagos mensuales dispuestos en el Pagaré y estipulan que la suma de **DOSCIENTOS CATORCE MIL CIENTO SESENTA Y SEIS DOLARES CON SESENTA Y NUEVE CENTAVOS ($214,176.69)** devengará intereses y se pagará como sigue:

(i) **DURANTE LOS CUATROCIENTOS CUARENTA Y TRES (443) MESES:** un pago de principal e intereses cada uno, calculados éstos al tipo del cuatro por ciento (4.00%) anual, y será pagadero el principal e intereses en plazos mensuales y consecutivos de Novecientos Veinticinco Dólares con Noventa y Dos Centavos ($925.92) en el primer día de cada mes comenzando el primero (1ro) de septiembre dos mil catorce (2014) hasta el primero (1ro) de julio de dos mil cincuenta y uno (2051); hasta que se pague totalmente la deuda evidenciada por el presente, excepto que la deuda restante, si

antes pagada, quedará vencida y pagadera el día primero (1ro) de julio de dos mil cincuenta y uno (2051)".

(C) Esta ampliación y modificación se hace a petición de LOS DEUDORES para ayudarle a conservar su propiedad ya que ha incurrido en atrasos y recargos y/u otros gastos ascendentes a SETENTA Y SEIS MIL SEIS DOLARES CON DIECISEIS CENTAVOS ($76,006.16) y dicha suma no devengarán interés y será pagadera por LOS DEUDORES conjuntamente con el último pago de principal, más interés a que se refiere en inciso (B) (i) anterior en la fecha de vencimiento del Pagaré, según se ha modificado aquí o sea, el primero (1ro) de julio de dos mil cincuenta y uno (2051).

En San Juan, Puerto Rico, a 21 de agosto de 2014.

DEUDORES

_____
JUAN LUIS HERNANDEZ VAZQUEZ

_____
SANDRA MILAGROS RIVERA MARTINEZ

Testimonio Número: 10,188

Suscrito y reconocido ante mí, hoy 21 de agosto de 2014, en la ciudad de San Juan, Puerto Rico, por JUAN LUIS HERNANDEZ VAZQUEZ y su esposa SANDRA MILAGROS RIVERA MARTINEZ, ambos mayores de edad, propietarios y vecinos de Cayey, Puerto Rico, a quienes doy fe de haberlos identificado mediante el documento arriba indicado, digo, a quienes doy fe de conocer personalmente.



NOTARIO PÚBLICO

Pay to the order of:

Without Recourse
FirstBank Puerto Rico

By: Gabriel Rodríguez, Manager

---El mismo día y en el lugar de su otorgamiento, expedí primera copia certificada a favor de Firstbank Puerto Rico. Doy Fe.------------------

**NOTARIO PÚBLICO**

---**ESCRITURA NÚMERO**:

-------**AMPLIACION Y MODIFICACIÓN DE HIPOTECA**-------

---En la Ciudad de San Juan, Puerto Rico, a los veintiuno (21) días del mes de agosto del año dos mil catorce (2014).------------------------

----------------------**ANTE MI**--------------------
---

---ABOGADO Y NOTARIO PUBLICO DEL ESTADO LIBRE ASÓCIADO DE PUERTO RICO, con oficina en San Juan y residencia en la ciudad de

Puerto Rico.---------------------------------------

----------------------**COMPARECEN**--------------------

---DE UNA PARTE: JUAN LUIS HERNANDEZ VAZQUEZ y su esposa SANDRA MILAGROS RIVERA MARTINEZ, ambos mayores de edad, propietarios y vecinos de Cayey, Puerto Rico, de ahora en adelante mencionados en este documento como "LOS DEUDORES".----------------

---DE OTRA PARTE: FIRSTBANK PUERTO RICO, un banco comercial organizado bajo las Leyes del Estado Libre Asociado de Puerto Rico, representado en este acto por su Oficial Autorizado, por

mayor de edad,          ejecutivo(a) y residente de          Puerto Rico, que comparece en virtud de la Resolución Corporativa suscrita por Sara Álvarez Cabrero, en su carácter de Secretario de la Junta de Directores, el día treinta y uno (31) de marzo de dos mil catorce (2014), bajo el testimonio número ciento veinte (120), ante la Notario Público Stephanie Cummings Rodriguez, de ahora en adelante mencionado en este documento como "El PRESTADOR".--

---**DOY FE** de haberme asegurado de la identidad de los comparecientes de la Primera Parte, conforme a lo dispuesto en el inciso "C" del Artículo

Diecisiete (17) de la Ley Notarial de Puerto Rico, y de conocer personalmente a la representante del Banco aquí compareciente, y por sus dichos de su edad, estado civil, profesión y vecindad.----------

---Me aseguran tener y a mi juicio tienen la capacidad legal necesaria para el presente otorgamiento y en tal virtud libremente,-----------

------------------------**EXPONEN**--------------------

---**PRIMERO:** Por Escritura Cuatrocientos Sesenta y Nueve (469) de fecha ocho (8) de junio de dos mil cuatro (2004), otorgada en la ciudad de San Juan, Puerto Rico, ante el Notario José R. Fournier Torres, se constituyó hipoteca en garantía de un pagaré a favor de FIRSTBANK PUERTO RICO, o a su orden, por la suma de CIENTO SESENTA Y OCHO MIL DOLARES ($168,000.00), de principal, intereses al siete y cinco octavos por ciento (7 5/8%) anual, vencedero el día primero (1ro) de julio del dos mil diecinueve (2019), más sus créditos accesorios, cuya hipoteca se encuentra inscrito al folio 34 del tomo 548 de Cayey, finca número 21,434; inscripción cuarta (4ta), Registro de la Propiedad de Caguas, Sección Primera; Posteriormente modificada mediante la Escritura Número Doscientos Noventa (290), de fecha dieciocho (18) de julio de dos mil once (2011), ante la Notario Teresa Jimenez Meléndez, ampliando el principal para un nuevo total de DOSCIENTOS OCHENTA Y DOS MIL NOVECIENTOS OCHO DOLARES CON DIEZ CENTAVOS ($282,908.10), y sus intereses al cuatro por ciento (4.00%) anual por doce (12) meses, al cinco por ciento (5.00%) anual por doce (12) meses siguientes, al seis por ciento (6.00%) anual por los siguientes doce (12) meses y luego al siete y cinco octavos por cientos (7

2

5/8%) anual, vencedero el día primero (1ro) de julio de dos mil cincuenta y uno (2051); se encuentra inscrito al folio 34 del tomo 548 de Cayey, finca número 21,434; inscripción sexta y última; Registro de la Propiedad de Caguas, Sección Primera constituida sobre la siguiente propiedad:--

---URBANA: solar marcado con el número cinco (5) del Bloque "E", en el plano de inscripción de la Urbanización El Rocío, término municipal de Cayey, Puerto Rico, tiene un área superficial de trescientos setenta y ocho (378.00) metros cuadrados y sus colindancias son las siguientes: por el **NORTE**, con una alineación de veintisiete (27.00) metros lineales, con el solar número seis (6) del Bloque E; por el **SUR**, con una alineación de veintisiete (27.00) metros lineales, con el solar número cuatro (4) del Bloque "E"; por el **ESTE**, en una alineación de catorce (14.00) metros lineales, con el solar número seis (6) del Bloque D y por el **OESTE**, con una alineación de catorce (14.00) metros lineales, con la calle número cuatro (4).----------

---Enclava una casa.------------------------

---Consta inscrita al folio 161 del tomo 536 de Cayey; finca número 21,434; Registro de la Propiedad de Caguas, Sección Primera.-------------

---Número de catastro: 70-299-078-566-28-000.------

---**SEGUNDO**: Manifiestan "LOS DEUDORES" que han acordado con "EL PRESTADOR" aquí compareciente y actual tenedor del pagaré descrito en el párrafo **PRIMERO** de esta escritura, ampliar y modificar la hipoteca que lo garantiza como a continuación se dice.-------------------------------------

---**TERCERO**: **(A)** El principal del Pagaré es aumentado por la suma de **SIETE MIL DOSCIENTOS SETENTA Y CUATRO DOLARES CON SETENTA Y CINCO CENTAVOS ($7,274.75)** para un total de **DOSCIENTOS NOVENTA MIL CIENTO OCHENTA Y DOS DOLARES CON OCHENTA Y CINCO CENTAVOS ($290,182.85)**.-------------------------------------

---**(B)** Se Modifica la tasa de interés y los pagos mensuales dispuestos en el Pagaré y estipulan que la suma de **DOSCIENTOS CATORCE MIL CIENTO SESENTA Y SEIS DOLARES CON SESENTA Y NUEVE CENTAVOS ($214,176.69)**

3

devengará intereses y se pagará como sigue:-----------

---(i) **DURANTE LOS CUATROCIENTOS CUARENTA Y TRES (443) MESES:** un pago de principal e intereses cada uno, calculados éstos al tipo del cuatro por ciento (4.00%) anual, y será pagadero el principal e intereses en plazos mensuales y consecutivos de Novecientos Veinticinco Dólares con Noventa y Dos Centavos ($925.92) en el primer día de cada mes comenzando el primero (1ro) de septiembre dos mil catorce (2014) hasta el primero (1ro) de julio de dos mil cincuenta y uno (2051); hasta que se pague totalmente la deuda evidenciada por el presente, excepto que la deuda restante, si antes pagada, quedará vencida y pagadera el día primero (1ro) de julio de dos mil cincuenta y uno (2051).------------

---(C) Esta ampliación y modificación se hace a petición de LOS DEUDORES para ayudarle a conservar su propiedad ya que ha incurrido en atrasos y recargos y/u otros gastos ascendentes a SETENTA Y SEIS MIL SEIS DOLARES CON DIECISEIS CENTAVOS ($76,006.16) y dicha suma no devengaran interés y será pagadera por LOS DEUDORES conjuntamente con el último pago de principal, más interés a que se refiere en inciso (B) (i) anterior en la fecha de vencimiento del Pagaré, según se ha modificado aquí o sea, el primero (1ro) de agosto de dos mil treinta y cuatro (2034).--------

---**CUARTO:** Se enmienda la hipoteca a los efectos de que el diez por ciento (10%) para los tres (3) créditos ejecutivos se computarán a base de la suma del pagaré según ha sido ampliado.-----------------

---**QUINTO:** Se modifica el valor tasado de la propiedad para que sirva como tipo mínimo en la primera subasta en caso de ejecución a la suma de

4

DOSCIENTOS NOVENTA MIL CIENTO OCHENTA Y DOS DOLARES

CON OCHENTA Y CINCO CENTAVOS ($290,182.85).---------

---**SEXTO:** Las partes aclaran y acuerdan y hacen

constar que es su intención que esta modificación

no constituye una novación extintiva de la hipoteca

sino tan solo modificativa y se ratifican en todas

las demás cláusulas y condiciones de la escritura

de hipoteca número Cuatrocientos Sesenta y Nueve

(469) antes relacionada.--------------------------

---**SEPTIMO:** Es condición de esta escritura de

Ampliación y Modificación de Hipoteca que la misma

deberá quedar inscrita y retener el rango que

actualmente ostenta. Manifiestan "LOS DEUDORES" que

no han efectuado ninguna transacción que pueda

afectar el rango de la hipoteca antes dicha y que

de surgir alguna carga o gravamen que pueda afectar

el rango de la hipoteca aquí ampliada y modificada

corregirá de inmediato la situación para que se

cumpla con lo aquí pactado y de lo contrario

FirstBank Puerto Rico podrá dejar sin efecto esta

escritura de ampliación y modificación y podrá

proceder a declarar vencida la hipoteca y reclamar

el saldo de la misma.-----------------------------

---**OCTAVO:** Yo, el(la) Notario, **DOY FE,** de que se

me ha entregado por la entidad bancaria a través de

la oficial aquí compareciente el pagaré antes

relacionado del cual es dueño y tenedor y luego de

cerciorarme de la identidad de dicho pagaré procedo

a adherirle un Allonge suscrito por "LOS DEUDORES",

notarizado bajo el testimonio número

de esta misma fecha, ante este fedatario, donde se

expresa la ampliación y modificación de hipoteca

bajo mi firma, rúbrica, signo y sello, Yo, el

5

Notario devuelvo dicho pagaré con su ALLONGE adherido a su dueño y tenedor, FirstBank Puerto Rico.------------------------------------------

---**NOVENO:** Todos los demás términos del pagaré y de la escritura de hipoteca que no han sido modificados, quedan en toda su fuerza y vigor.-----

---**DÉCIMO:** Los comparecientes solicitan del Registrador de la Propiedad se tome la nota pertinente en cuanto a todo lo antes expresado.----

-----------**IDENTIFICACIÓN DE LOS DEUDORES** ---------

---El Notario identifica a LOS DEUDORES mediante el siguiente documento de identidad:----------------

-------------------**ACEPTACION**--------------------

---Tal es la escritura que aceptan los comparecientes por estar la misma redactada de acuerdo con sus instrucciones.---------------------

-------------------**OTORGAMIENTO** -------------------

---Así lo dicen y otorgan por ante mí, el Notario, de lo que **DOY FE**, luego de haber renunciado al derecho que les advertí tenía para requerir la presencia de testigos instrumentales.-------------

---Y leída que fue la presente escritura por los otorgantes, se ratifican en su contenido por hallarla conforme, estampan sus iniciales al margen de todos los folios de su original y la firman conmigo, el Notario, de todo lo que y de lo demás que afirmo o refiero en este instrumento público, **Yo, el Notario, DOY FE.**----------------------------

**EXHIBIT B**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

JUAN LUIS HERNANDEZ VAZQUEZ
SANDRA MILAGROS RIVERA MARTINEZ

    **Debtors**

CASE NO. 22-01106 MCF

CHAPTER 7

## VERIFIED STATEMENT

I, José F. Cardona Jiménez of legal age, single, Attorney for Planet Home Lending, LLC, as servicer for Luna Residential II, LLC., and resident of San Juan, Puerto Rico, declare under penalty of perjury as follows:

That as to this date October 4, 2022, by a search and review of the records kept by Planet Home Lending, LLC, in the regular course of business in regard to debtors' account with this bank, there is no information that will lead the undersigned to belief that debtors are regular service members either on active duty or under a call to active duty, in the National Guard or as a Commission Officer of the Public Health Services or the National Oceanic and Atmospheric Administration (NOAA) in active duty.

The bank has not received any written notice from debtors that their military status has changed as to this date.

That as part of my search I examined the documents and records available to me within our computer system.

IN TESTIMONY WHEREOF I SIGN THESE PRESENTS under penalty of perjury, in San Juan, Puerto Rico this 4th day of October, 2022.



### Status Report
### Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-5585 |
| Birth Date: | |
| Last Name: | HERNANDEZ-VAZQUEZ |
| First Name: | JUAN |
| Middle Name: | LUIS |
| Status As Of: | Oct-04-2022 |
| Certificate ID: | 2PX22H7X71J3BMP |

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

Department of Defense Manpower Data Center



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

SSN:              XXX-XX-9818
Birth Date:
Last Name:        RIVERA-MARTINEZ
First Name:       SANDRA
Middle Name:      MILAGROS
Status As Of:     Oct-04-2022
Certificate ID:   NWH6VZKQXQ6TG72

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955