IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:
PMC MARKETING CORP                                    CASE No.: 09-02048-ESL
       Debtor.
_____/
IN RE:
BALCELLS GALLARETA, JUAN CARLOS                       CASE No.: 11-06637-MCF
       Debtor.
_____/
IN RE:
IRRIGA CORP                                           CASE NO.: 12-02932-ESL
       Debtor.
_____/
IN RE:
PABLO M RIOS ACEVEDO                                  CASE No. 13-00796-ESL
JEANETTE HERNANDEZ
       Debtors.
_____/
IN RE:
BUILDERS HOLDING CO CORP                              CASE No.: 16-06643-EAG
       Debtor.
_____/
IN RE:
FIDDLER, GONZALEZ & RODRIGUEZ, P.S.C                  CASE NO.: 17-03403-MCF
       Debtor.
_____/
IN RE:
CATHERINE A MOLTALVO RIVERA                           CASE NO.: 18-04334-EAG
       Debtor.
_____/
IVAN ORTIZ RUIZ                                       CASE NO.: 19-03666-MCF
ANA M SERRANO BAEZ
       Debtor.
_____/
IN RE:
FREDESWINDA LOPEZ DIAZ                                CASE NO.: 19-06932-MCF
       Debtor.
_____/
IN RE:
ORTOS DOMINGO GUTIERREZ CLON                          CASE NO.: 20-01792-MCF
AWILDA ORTIZ MOLINA
       Debtor.
_____/

| | |
|---|---|
| IN RE: | |
| ANTHONY R KITCHENS CRUZ | CASE NO.: 20-01902-ESL |
|     Debtor. | |
| _____/ | |
| IN RE: | |
| CAPPCA CENTRO AYUDA PARA | CASE NO.: 20-02435-MAG |
| PACIENTES CON ALZHEIMER INC | |
|     Debtor. | |
| _____/ | |
| IN RE: | |
| JOMARIE CRUZ RUSSE | CASE NO.: 20-03569-MAG |
| JOSE LUIS MERCADO RIVERA | |
|     Debtors. | |
| _____/ | |
| IN RE: | |
| IVAN VECHIOLI CRUZ | CASE NO.: 22-00775-MAG |
| HELEN IVIS FELICIANO BORRERO | |
|     Debtors. | |
| _____/ | |
| IN RE: | |
| JUAN LUIS HERNANDEZ VAZQUEZ | CASE NO.: 22-01106-MCF |
| SANDRA MILAGROS RIVERA MARTINEZ | |
|     Debtor. | |
| _____/ | |

## CHAPTER 7 TRUSTEE'S MOTION FOR AUTHORIZATION TO PAY BLANKET BOND PREMIUM NUNC PRO TUNC TO OCTOBER 1, 2022

**TO THE HONORABLE COURT**:

Comes Now, NOREEN WISCOVITCH RENTAS, as Chapter 7 Trustee of the above cases, and moves the Court for an order authorizing the Trustee to pay from each of the above Estates, a pro-rata share of the Trustee's Blanket Bond Premium *NUNC PRO TUNC* for the period of October 1st, 2022, to October 1, 2023, and in support, states:

    1.    On October 7, 2022, the Trustee received an invoice from International Sureties, LTD, in the amount of $6,862.35 for the Trustee's Portion of the Chapter 7 Trustee blanket bond premium and for the period of October 1, 2022, to October 1, 2023. *See* <u>Exhibit "A"</u>. The Trustees in this District share the blanket bond, and each pays

2

proportionally from the amounts held in their estate bank accounts. The total Blanket Bond for this District is $9,211,680.00 for the year 2022 to 2023.

2. The invoice must be paid in order for the Trustee to be included in the blanket bond along with the other Trustees in this District.

3. The Trustee will issue the payments from each estate directly to International Sureties, LTD, and debited the Estate Accounts in the total amount of $6,862.35 on October 10, 2022 and mailed the same to the bonding company.

4. The amount deducted in each case is as follows:

| Case Name | Case Number | Amount of premium in dollars |
|---|---|---|
| PMC Marketing Corporation | 09-02048 | 2,328.16 |
| Juan Carlos Balcells Gallareta | 11-06637 | 15.65 |
| Irriga Corp. | 12-02932 | 137.50 |
| Pablo M Rios Acevedo and Jeanette Hernandez | 13-00796 | 10.90 |
| Builders Holding Co Corp | 16-06643 | 127.43 |
| Fiddler, Gonzalez & Rodriguez PSC | 17-03403 | 3,526.69 |
| Catherine Anne Montalvo Rivera | 18-04334 | 25.37 |
| Ivan Ortiz Ruiz and Ana M Serrano Baez | 19-03666 | 7.07 |
| Fredeswinda Lopez Diaz | 19-06932 | 45.12 |
| Orto Domingo Gutierrez Colon and Awilda Ortiz Molina | 20-01792 | 16.73 |
| Anthony R Kitchens Cruz | 20-01902 | 582.19 |
| CAPPCA Centro Ayuda para Pacientes con Alzheimer | 20-02435 | 10.49 |
| Jomarie Cruz Russe and Jose Luis Mercado Rivera | 20-03569 | 6.09 |
| Ivan Vechioli Cruz and Helen Ivis Feliciano Borrero | 22-00775 | 14.10 |
| Juan Luis Hernandez Vazquez and Sandra Milagros Rivera Martinez | 22-01106 | 8.86 |

WHEREFORE, Noreen Wiscovitch-Rentas, Chapter 7 Trustee, respectfully requests the Court to enter an order allowing the Trustee to pay the blanket bond for the period of October 1st, 2022, to

3

October 1st, 2023, *NUNC PRO TUNC* in the total amount of $6,862.35 as requested in this Motion, by making individual check payments from the individual Estates as shown above and for any further relief this Court deems just and proper under the circumstances.

I HEREBY CERTIFIED that on the date shown below a copy of the forgoing has been sent by CM/ECF system to all parties therein subscribed.

Respectfully submitted, this 10th day of October 2022.

/s Noreen Wiscovitch-Rentas
**NOREEN WISCOVITCH RENTAS**
CHAPTER 7 TRUSTEE
PO Box 364363
San Juan, PR 00936
Tel. 787-946-0132
noreen@nwr-law.com

INTERNATIONAL SURETIES, LTD.
SUITE 420
701 POYDRAS ST.
NEW ORLEANS, LA 70139
504-581-6404  Fax 504-581-1876
October 7, 2022

NOREEN WISCOVITCH-RENTAS
P. O. BOX 20438
WEST PALM BEACH, FL  33416

PHONE - 561-655-6909
FAX   -  -  -
eMAIL - noreen@nwr-law.c

INVOICE

Blanket Bond amount is  $    9,211,680

CHAPTER 7 BLANKET BOND PUERTO RICO - REGION 21

LIBERTY MUTUAL INSURANCE COMPANY

Bond # 016052125

TERM:  10/01/22  to  10/01/23

Your Funds on Deposit UNKNOWN

```
                    PREVIOUS BALANCE DUE      $      0.00
                           PREMIUM DUE        $  6,862.35
                             TOTAL DUE        $  6,862.35
```

PAYMENT IS DUE UPON RECEIPT

MAIL CHECK PAYABLE TO INTERNATIONAL SURETIES, LTD. TO THE ADDRESS ABOVE

PLEASE WRITE YOUR BOND NUMBER IN THE CHECK MEMO

YOU MAY ALSO REMIT PAYMENT VIA WIRE TRANSFER TO:

    WHITNEY BANK                         ACCOUNT # 1000-900-1944
    228 ST. CHARLES AVENUE               ABA # 065000171
    NEW ORLEANS, LA 70130                TAX ID: 72-0708724