# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

IN RE:

**JUAN LUIS HERNANDEZ VAZQUEZ**
**aka JUAN L HERNANDEZ VAZQUEZ, dba JUAN**
**LUIS HERNANDEZ REAL ESTATE**
**SANDRA MILAGROS RIVERA MARTINEZ**
**aka SANDRA M RIVERA MARTINE**

xxx–xx–5585
xxx–xx–9818

Debtor(s)

Case No. **22–01106 MCF**

Chapter **7**

FILED & ENTERED ON 10/11/22

*ORDER*

The trustee's petition for payment of premium bonds, docket entry #30, is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, October 11, 2022 .

Mildred Caban Flores
United States Bankruptcy Judge