# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

IN RE:

**JUAN LUIS HERNANDEZ VAZQUEZ**
**aka JUAN L HERNANDEZ VAZQUEZ, dba JUAN**
**LUIS HERNANDEZ REAL ESTATE**
**SANDRA MILAGROS RIVERA MARTINEZ**
**aka SANDRA M RIVERA MARTINE**

xxx–xx–5585
xxx–xx–9818

Debtor(s)

Case No. **22–01106 MCF**

Chapter **7**

FILED & ENTERED ON 12/9/22

## *ORDER APPROVING TRUSTEE'S COMMISSION AND EXPENSES*

Upon the United States Trustee's Certification of Chapter 7 Asset Final Report, due notice having been given in accordance with Rule 2002(f)(8) of the Federal Rules of Bankruptcy Procedure, and no objections having been filed, it is now

ORDERED that trustee's commission of $729.00 and reimbursement of expenses of $30.55 for a total amount of $759.55 contained in said report be and are hereby approved.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Friday, December 9, 2022 .

Mildred Caban Flores
United States Bankruptcy Judge